IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN and DEBORAH ALLISON; JOHN ALLISON, JR. and BRENDA MCCARRELL; MICHAEL and SHARON ALLISON; STEPHAN and DONNA CLARKE; GREENE TOWNSHIP, a Municipal Corporation, RONALD HALL a/k/a JAMES RONALD HALL; KENNETH and TERRI HEINLEIN; PHILLIP and BOBBIE JOHNSON; PHILLIP JOHNSON, JR.; TERRY and DIANE MOORE; TERRY and KIMBERLY MOORE; RUSSELL and LINDA MORGAN; MARK ONDRUSEK and DONNA ZYGAROWSKI; KEVIN and DEBORAH TAYLOR; DONALD and DIANE ANDERSON, RICHARD and KATHERINE MCELHANEY; and LOIS DAVIE, Plaintiffs/Counter-defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | United States District Judge David Stewart Cercone<br><br>United States Magistrate Judge Cynthia Reed Eddy |
| v. | ) ) | |
| CHESAPEAKE ENERGY CORPORATION, a Corporation, CHESAPEAKE APPALACHIA, LLC, a limited liability company, CHESAPEAKE EXPLORATION, LLC, a limited liability company; CHK UTICA, LLC, a limited liability company, O&G INVESTMENT HOLDINGS, LLC, a limited liability company, and RICHARD J. NIEDBALA, Notary Public, Defendants/Counter-plaintiffs | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **2:12cv900**<br>**Electronic Filing** |

## MEMORANDUM ORDER

On December 27, 2010, this case was removed from the Court of Common Pleas of

Beaver County and assigned to United States Magistrate Judge Cynthia Reed Eddy in

accordance with the new case assignment system now in place in this district, the Magistrate

Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of court.

On January 29, 2013, the Magistrate Judge filed a Report and Recommendation (ECF No. 28) recommending that Plaintiffs' Motion to Remand (ECF No. 17) be granted, and the case be remanded to the Court of Common Pleas of Beaver County, and that Defendants' pending Motions to Dismiss (ECF Nos. 3, 5) should be denied as moot. The Report and Recommendation advised the parties that they had until February 15, 2013 to file written objections to the Report and Recommendation and that the failure to timely file Objections would constitute waiver of any appellate rights. No objections have been filed.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this ___28th___ day of ___February___, 2013;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand (ECF No. 17) is GRANTED and the case is remanded forthwith to the Court of Common Pleas of Beaver County forthwith.

IT IS FURTHER ORDERED that Defendants' Motions to Dismiss (ECF Nos. 3, 5) are DENIED as moot.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF. No. 29) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
David Stewart Cercone
United States District Judge

2

cc:      Michael B. Jones, Esquire
         David B. Fawcett, III, Esquire
         Liben Lucas, Esquire
         Nicolle R. Snyder Bagnell, Esquire
         Andrew G. Jenkins, Esquire
         Kevin L. Colosimo, Esquire

*(Via CM/ECF Electronic Mail)*